**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7142**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MUHAMMED MAHDEE ABDULLAH,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:04-cr-00371-FL-1)

Submitted: April 29, 2021                                        Decided: May 6, 2021

Before WYNN, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Muhammed Mahdee Abdullah, Appellant Pro Se. Banumathi Rangarajan, Environment & Natural Resources Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Jennifer P. May-Parker, Assistant United States Attorney, Joshua L. Rogers, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muhammed Mahdee Abdullah appeals the district court's orders denying his motions for a sentence reduction pursuant to § 404 of the First Step Act of 2018, Pub. L. 115-391, 132 Stat. 5194, compassionate release, and reconsideration.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Muhammed Abdullah*, No. 5:04-cr-00371-FL-1 (E.D.N.C. July 24, 2020; Oct. 9, 2020).  We also deny Abdullah's motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Abdullah has waived review of the district court's denial of his motion for compassionate release because he did not raise the issue in his informal brief. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) (limiting our review to issues raised in the informal brief).